July 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

UNITED STATES ENVIRONMENTAL SERVICES, LLC, Appellant

NO. 14-15-00566-CV                      V.

ROBERT PARKER, III, Appellee

_____

Today the Court heard appellant's petition for permission to appeal the order signed by the court below on June 29, 2015.  Having received notice that the parties have resolved the dispute and that appellant no longer seeks permission to permissively appeal, we construe such notice as a motion to withdraw the petition for permissive appeal, which motion is granted. We therefore order the appeal **DISMISSED**.

We order appellant, United States Environmental Services, LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.